```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 28523
   DAVID WILLIAM DELL
   LAUREL KAY DELL                             CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9989     SSN XXX-XX-9102


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/02/04 and confirmed on 10/12/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  34390.00 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG   14038.85            .00       14038.85
NATIONAL CITY MORTGAGE   MORTGAGE ARRE     218.80            .00         218.80
ROUNDUP FUNDING LLC      UNSECURED       17371.41            .00        4516.57
CAPITAL ONE FINANCIAL    UNSECURED        3063.75            .00         796.58
ECAST SETTLEMENT CORPORA UNSECURED       12683.55            .00        3297.72
WORLDWIDE ASSET PURCHASI UNSECURED       11774.43            .00        3061.35
ECAST SETTLEMENT CORPORA UNSECURED        9745.97            .00        2533.95
JEFFERSON CAPITAL SYSTEM FILED LATE           .00            .00             .00
KOHLS                    UNSECURED         954.66            .00         248.21
BEST BUY/HOUSEHOLD RETAI UNSECURED      NOT FILED            .00             .00
ROUNDUP FUNDING LLC      UNSECURED        4065.03            .00        1056.91
BANK ONE                 SECURED              .00            .00             .00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED     OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED 14257.65        .00     59658.80       .00     73916.45
PRINCIPAL PAID     14257.65        .00     15511.29       .00     29768.94
INTEREST PAID           .00        .00          .00       .00          .00
TOTAL PAID         14257.65        .00     15511.29       .00     29768.94
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $    2700.00 .

The Trustee received $    1390.89 .

Refunds to the Debtor totaled $     530.17 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/10/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```